IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01376-LTB-MEH

GINA HOUX-KOTARSKI, as mother and next friend of her minor children,
MARCUS RYAN KOTARSKI,
JEREMIAH THOMAS KOTARSKI, and
JACOB ANTHONY KOTARSKI,

    Plaintiffs,

v.

SPERRY-NEW HOLLAND INC., n/k/a NEW HOLLAND NORTH AMERICA, INC.,
a Delaware Corporation, and
CNH AMERICA, LLC, a Delaware Limited Liability Company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 3, 2006.**

    Counsel advise the Court that this case has settled. Accordingly, Plaintiffs' Unopposed Motions to Vacate Scheduling/Planning Conference [Filed March 2, 2006; Docket #11 **and** March 3, 2006; Docket #12] are **granted**. The Scheduling/Planning Conference set for March 7, 2006, at 9:15 a.m., is **vacated,** together with the parties' obligation to submit a proposed Scheduling Order**.**

    The parties have advised that concluding the settlement process will require more time than the usual case. The parties are directed to file their settlement/dismissal documents with the Court on or before April 17, 2006, or submit a status report on that date detailing the progress through the Colorado state probate court of approval of the settlement of this matter as it pertains to the minors involved herein.