**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01376-LTB-OES

GINA HOUX-KOTARSKI, a mother and next friend of her minor children,
MARCUS RYAN KOTARSKI,
JEREMIAH THOMAS KOTARSKI, and
JACOB ANTHONY KOTARSKI,
    Plaintiffs,

v.

SPERRY-NEW HOLLAND INC.,
n/k/a NEW HOLLAND NORTH AMERICA, INC., a Delaware corporation, and
CNH AMERICA, LLC, a Delaware limited liability company,
    Defendants.
_____

**ORDER**
_____

This matter, having come before the Court on the Plaintiff's Status Report Re: Settlement and Second Unopposed Motion for Extension of Time, and the Court having reviewed the Motion and being otherwise fully advised,

IT IS ORDERED that the motion is granted.  The parties shall have 45 additional days, to and including July 16, 2006 to file their settlement/dismissal documents with the Court or for Plaintiff to submit a status report on that date detailing the progress of the settlement.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED: June 2nd, 2006