IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:  05-CV-1376-LTB-MEH

GINA HOUX-KOTARSKI, as mother and next friend of her minor children, MARCUS RYAN KOTARSKI, JEREMIAH THOMAS KOTARSKI, and JACOB ANTHONY KOTARSKI

Plaintiffs,

v.

SPERRY-NEW HOLLAND INC., n/k/a NEW HOLLAND NORTH AMERICA, INC., a Delaware Corporation, and CNH AMERICA, LLC, a Delaware Limited Liability Company.

Defendants.

_____

### ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS OF MARCUS RYAN KOTARSKI
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal with Prejudice of Claims of Marcus Ryan Kotarski, and the Court having reviewed the Motion and being otherwise fully advised;   IT IS ORDERED that the Stipulated Motion is GRANTED and that the claims of Marcus Ryan Kotarski are dismissed with prejudice, with each side to bear its or their own fees and costs.  The dismissal with prejudice of the claims of Marcus Ryan Kotarski shall not be deemed a dismissal of the claims of Plaintiff Gina Houx-Kotarski as mother and next friend of Jeremiah Thomas Kotarski and Jacob Anthony Kotarski, nor a dismissal of this lawsuit.

DONE THIS   9th   DAY OF   November  , 2006.

BY THE COURT:

  s/Lewis T. Babcock  
United States District Court Judge