IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:  05-CV-01376-LTB-MEH

GINA HOUX-KOTARSKI, as mother and next friend of her minor children, JEREMIAH THOMAS KOTARSKI, and JACOB ANTHONY KOTARSKI

       Plaintiffs,

v.

SPERRY-NEW HOLLAND INC., n/k/a NEW HOLLAND NORTH AMERICA, INC., a Delaware Corporation, and
CNH AMERICA, LLC, a Delaware Limited Liability Company.

       Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal with Prejudice (Doc 21 - filed February 8, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Chief Judge

DATED: February 9, 2007